Exhibit A

| HYPOTHETICAL CHAPTER 7 LIQUIDATION | | | | | | | | | | | | | | Case Number: | | | 11-00716 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset Descescription | Value | CREDITOR | Claim No. | 1st lien | CREDITOR | Claim No. | 2nd lien | CREDITOR | Claim No. | 3rd lien | CREDITOR | Claim No. | 4th lien | Value less liens | Debtor Int. | Debtor Interest $ | 11 USC 522 | Exemptions | Non Exempt Equity |
| Residence and 125 cdas lot | $ 2,500,000 | BPPR | 1,2,3 | $ 2,456,750 | | | $ - | | | $ - | | | $ - | $ - | 1 | $ 43,250 | d1 | $ 43,250 | $ - |
| Real Property 2 | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Real Property 3 | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Real Property 4 | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Real Property 5 | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Cash/Financial accts | $ 100 | | | $ - | | | $ - | | | $ - | | | $ - | $ 100 | 1 | $ 100 | d5 | $ 100 | $ - |
| Checking & Savings | $ 5,080 | | | $ - | | | $ - | | | $ - | | | $ - | $ 5,080 | 1 | $ 5,080 | d5 | $ 80 | $ 5,000 |
| Deposit/Utilities | $ 150 | | | $ - | | | $ - | | | $ - | | | $ - | $ 150 | 1 | $ 150 | | $ - | $ 150 |
| Household goods | $ 1,500 | | | $ - | | | $ - | | | $ - | | | $ - | $ 1,500 | 1 | $ 1,500 | d3 | $ 1,500 | $ - |
| Books | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Wearing Apparel | $ 600 | | | $ - | | | $ - | | | $ - | | | $ - | $ 600 | 1 | $ 600 | d3 | $ 600 | $ - |
| Jewelry | $ 300 | | | $ - | | | $ - | | | $ - | | | $ - | $ 300 | 1 | $ 300 | d4 | $ 300 | $ - |
| Sports equipment | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Int. Insurance P. | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Stocks | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Account Receivable | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| 2001 Dodge Ram | $ 3,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 3,000 | 1 | $ 3,000 | d2 | $ 3,000 | $ - |
| 2000 Ford Explorer | $ 7,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 7,000 | 1 | $ 7,000 | d2 | $ 3,900 | $ 3,100 |
| Autos | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Autos | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Boat | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| "furnaces & tools" | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Animals (227 animals; cows, etc) | $ 151,500 | | | $ - | | | $ - | | | $ - | | | $ - | $ 151,500 | 1 | $ 151,500 | | $ - | $ 151,500 |
| Farm Equipment | $ 40,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 40,000 | 1 | $ 40,000 | | $ - | $ 40,000 |
| Business Equipment | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| Merchandize Inventory | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| TAX REFUND | $ 800 | | | $ - | | | $ - | | | $ - | | | $ - | $ 800 | 1 | $ 800 | d5 | $ 800 | $ - |
| Farm Machinery / Ford Tractor | $ 15,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 15,000 | 1 | $ 15,000 | d6 | $ 4,350 | $ 10,650 |
| Milk Quota 36,000 Quarts @ $21 | $ 756,000 | BPPR | 1,2,3 | $ 380,586 | | | $ - | | | $ - | | | $ - | $ 375,414 | 1 | $ 375,414 | d5 | $ 22,270 | $ 353,144 |
| TOTALS | $ 3,481,030 | | | $ 2,837,336 | | | $ - | | | $ - | | | $ - | $ 643,694 | | $ 643,694 | | $ 80,150 | $ 563,544 |

COPYRIGHT JOSE R. CARRION, ESQ. 1999

| Total Liquidation Expenses from Real Properties | $ - | 1 | | Unsecured Priority Claims: | $ - | | Amount of G.U. Claims: | $ 86,813 |
|---|---|---|---|---|---|---|---|---|
| Total Net LV for Real Properties | $ - | 2 | | Funds available for Priority Claims: | $ 532,117 | | Funds available for G.U. Claims: | $ 532,117 |
| Total Net LV for Other Properties | $ 532,117 | 3 | | Disbursement to Priority Claims: | $ - | | G.U. Claims Recovery %: | 100.00% |
| Total Chapter 7 fees for Liquidated Properties | $ 31,427 | 4 | | Unsecured Priority Claims Recovery%: | 0.00% | | | |

| Funds available for Priority and G.U. claims: | $ 532,117 |
|---|---|
| (Gross Liquidation Value) | |

| Case Liquidation Value to G.U. in Chapter 13 | | $ 86,813 |
|---|---|---|
| G.U. Claims Recovery: | $ 86,813 |
| PV of G.U. Claims Recovery per Plan: | $ 95,077 |
| G.U. Claims Recovery %: | 109.52% |
| Surplus after paying all claims: | $ 445,304 |
| 100% of G.U. paid + Surplus: | $ 532,117 |

| Note Section 109(e) Limits are: | $ 336,900 | General Unsecured Debts |
|---|---|---|
| | $ 1,010,650 | Secured Debts |

1 / 11-00716 / 3/30/2011