*Exhibit E
Prime Rate.*

Search Quotes and News

Anywhere   Professional   Solutions   About

Log in     
NEW YORK   LONDON   TOKYO



## Key Rates

| | CURRENT | 1 MO PRIOR | 3 MO PRIOR | 6 MO PRIOR | 1 YR PRIOR |
|---|---|---|---|---|---|
| Fed Funds Rate | 0.14 | 0.18 | 0.21 | 0.18 | 0.15 |
| Fed Reserve Target Rate | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 |
| Prime Rate | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| US Unemployment Rate | 8.90 | 9.00 | 9.80 | 9.60 | 9.70 |
| 1-Month Libor | 0.24 | 0.26 | 0.26 | 0.26 | 0.25 |
| 3-Month Libor | 0.30 | 0.31 | 0.30 | 0.29 | 0.29 |

## Mortgage* (National Average)

provided by Bankrate.com

| | CURRENT | 1 MO PRIOR | 3 MO PRIOR | 6 MO PRIOR | 1 YR PRIOR |
|---|---|---|---|---|---|
| 30-Year Fixed | 4.85 | 4.85 | 5.01 | 4.43 | 5.15 |
| 15-Year Fixed | 4.06 | 4.14 | 4.37 | 3.83 | 4.42 |
| 5/1-Year ARM | 3.48 | 3.59 | 3.95 | 3.39 | 3.95 |
| 1-Year ARM | 3.02 | 3.02 | 3.11 | 3.18 | 3.23 |
| 30-Year Fixed Jumbo | 5.48 | 5.43 | 5.59 | 5.32 | 5.84 |
| 15-Year Fixed Jumbo | 4.74 | 4.78 | 4.94 | 4.71 | 5.33 |
| 5/1-Year ARM Jumbo | 3.77 | 3.88 | 4.03 | 3.96 | 4.52 |

## CDs (National Average)

provided by Bankrate.com

| | CURRENT | 1 MO PRIOR | 3 MO PRIOR | 6 MO PRIOR | 1 YR PRIOR |
|---|---|---|---|---|---|
| 5-Year | 2.07 | 2.06 | 2.06 | 2.25 | 2.60 |
| 2-Year | 1.25 | 1.29 | 1.23 | 1.37 | 1.64 |
| 1-Year | 0.97 | 0.98 | 0.96 | 1.02 | 1.17 |
| 6-Month | 0.70 | 0.70 | 0.79 | 0.70 | 0.80 |
| 1-Month | 0.13 | 0.13 | 0.12 | 0.17 | 0.30 |
| 5-Year Jumbo | 2.07 | 2.16 | 2.13 | 2.27 | 2.65 |
| 2-Year Jumbo | 1.18 | 1.26 | 1.25 | 1.44 | 1.67 |
| 1-Year Jumbo | 0.90 | 0.96 | 0.97 | 1.06 | 1.21 |
| 6-Month Jumbo | 0.60 | 0.62 | 0.67 | 0.73 | 0.80 |
| 1-Month Jumbo | 0.13 | 0.13 | 0.12 | 0.18 | 0.25 |

(*) Rates may include points.

Unless indicated otherwise: intraday data is at least 15 minutes delayed; mutual fund NAVs are updated at the close of every market day; all prices are in the local currency; Time is ET.

### Sponsored Links

**3 Stocks Ready to Explode!**
Free Updates & Hot Tips On Penny Stocks. Sign Up Now!
www.risingpennystocks.com

**800% Penny Stock Gains**
Out of This World Penny Stock Rally's! Free Alerts To Your Inbox.
www.superhotpennystocks.com

**Superior Penny Stocks**
Lucrative Stock Picks Ready To Explode To The Upside and Generate Huge Returns!
www.superhotpennystocks.com

Buy a link »

### Rates & Bonds
* Government Bonds
* Corporate Bonds
* Key Rates

More Market Data

Advertisement


Videos You May Like

Goldman's Patel on Women

Christopher Lee Quits House After Link to Craigslist Ad
byTaboola

**2 Stocks to Hold Forever**
Buy them, forget about them, and never sell them.
www.StreetAuthority.com

Ads by Google

### Related Stories
History Backs Bernanke Betting Volatility Variable Won't Hurt

Bernanke Says Fed Won't Meet April Deadline on Interchange Rule

Dying Banks Kept Alive Show Secrets Fed's Data Will Reveal for First Time

Open    3.25

High    3.25

Low     3.25



# Interactive Chart



| OVERLA ▾ | INDICATOR ▾ | ANNOTATION ▾ | SETTING ▾ | 1D | 1W | 1M | 3M | 6M | 1Y | 3Y | 5Y | YTD |

[?] Add a Comparison  Add    Open    High    Low    Close

Print



Unless indicated otherwise: intraday data is at least 15 minutes delayed; mutual fund NAVs are updated at the close of every market day; all prices are in the local currency; Time is ET.