UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE:<br><br>RAMON EUSEBIO NAVEDO RIVERA<br>TANIA ORONA JIMENEZ<br><br>DEBTORS | CASE NO. 11-00716 BKT<br><br>CHAPTER 12 |
|---|---|

**MOTION TO INFORM AND CLARIFY ON TREATMENT OF CREDITOR BANCO POPULAR DE PUERTO RICO'S CLAIM IN CHAPTER 12 PLAN**

**TO THE HONORABLE COURT:**

**HERE COMES** Debtors through the undersigned attorney and respectfully request and pray for the following:

1. On January 31, 2011 Debtors filed the instant petition for which the confirmation of the plan is still pending. (See Docket Entry No. 1).

2. On March 30, 2011, Debtors filed their Second Amended Chapter 12 Plan of Reorganization. (See Docket Entry No. 37).

3. Debtors through this motion informs that claim number 1 filed by creditor, Banco Popular Puerto Rico, for $43,649.76 will be paid together as one loan, with claims 2.

4. Meaning that the outstanding secured balance to be restructured has been estimated in $2,921,268.85

5. For the reason stated above Debtors, requests for this Honorable Court to take notice of this change.

**WHEREFORE,** Debtors pray the Court to consider this motion as an integral part of the Plan of Reorganization with any other procedures that in accordance to law this Honorable Court

deems just and proper.

**I HEREBY CERTIFY** that a copy of this motion has been electronically filed with the Clerk of the Bankruptcy Court using CM/ECF which will forward a copy of the same to the U.S. Trustee and all parties in interest. An exact copy of this motion has been sent by mail to all creditors and parties in interest as per the Master Address List.

In Caguas, Puerto Rico, this 9 day of August of 2011.

**VICTOR GRATACOS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PUERTO RICO  00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633

Victor Gratacós Diaz
By: /s/ Victor Gratacós Diaz (127906)

**Isa M. Gratacós- Padró**
/s/  Isa M. Gratacós- Padró (221209)