54-018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:

**RAMON E. NAVEDO RIVERA**
**TANIA ORONA JIMENEZ**

Debtors

Case No. 11-00716 (BKT)

Chapter 12

## JOINT MOTION SUBMITTING SUPPLEMENT TO CHAPTER 12 PLAN

**TO THE HONORABLE COURT:**

By counsel, now comes Banco Popular de Puerto Rico ("BPPR" or "the Bank") through its undersigned legal representation, and the above named debtor, through their counsel of record, and respectfully represent and pray:

1. On March 30, 2011, Debtor filed a First Amended Chapter 12 plan. Docket no. 37.

2. At the hearing on confirmation, the Court ordered the parties to submit a Supplement to the plan which detailed their oral amendments.

3. Debtor and BPPR through this motion submit the Agreement for Repayment as a Supplement to the First Amended Chapter 12 Plan dated March 30, 2011, to detail the restructuring of the loan from Banco Popular de Puerto Rico. **See Exhibit A.**

**WHEREFORE**, BPPR and Debtors pray the Court to admit the attached Supplement to the First Amended Plan of Reorganization dated March 30, 2011, docket entry 37.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of October 2011.

**I HEREBY CERTIFY** that on this day service of the forgoing Motion was made on the United States Trustee, Debtor, any other known secured creditors, each of the Debtors' five (5) largest unsecured creditors, the U. S. Attorney and all parties who have filed a notice of appearance by first class mail, postage prepaid, or via facsimile where indicated.

**VICTOR GRATACOS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PUERTO RICO 00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633

By: /s/ Victor Gratacós Diaz (127906)
**Victor Gratacós- Diaz**

**O'Neill & Gilmore, P. S. C.**
Counsel for BPPR
Suite 1701, Citibank Towers
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel: 787-620-0670
Fax: 787-620-0671

*/s/Charles P. Gilmore*
Charles P. Gilmore
USDC 209614