Exhibit A

# Acuerdo de repago de la deuda de Banco Popular por Ramón Navedo y su esposa bajo el capítulo 12 de Quiebra y luego de que termine el plan de pago de 5 años

En San Juan, Puerto Rico hoy 21 de septiembre de 2011

Reunidos Ramón Navedo y su esposa Tania Orono, representados por el Lic. Victor Gratacos y el Banco Popular de Puerto Rico representado por el Lic Charles Gilmore expresan que han llegado al siguiente acuerdo de pago de la deuda bajo las siguientes condiciones:

1) Acuerda las partes que durante la vigencia del plan de pago del capítulo 12 el deudor ha de pagar directo al síndico de capítulo 12 los pagos relacionados con el plan de pago que incluye el pago de la deuda del Banco Popular
2) Que el síndico del capítulo 12 hará los pagos al Banco Popular según estipula el plan de pago del capítulo 12 y durante el término del plan.
3) Las partes se han de reunir anualmente para ver la condición financiera de los deudores, acordándose que estas reuniones serán durante el mes de Noviembre y siendo la primera de ellas en Noviembre de 2012.
4) Los deudores han de retener la propiedad que se iba a entregar en el caso del capítulo 12 para sí, pudiendo utilizar y disponer de ella.
5) Los deudores tendrán un periodo de dos (2) años para vender la propiedad que ubica en San Blas Gar, PR y la cual es identificada como la finca # 15,188 y el producto de la venta será utilizado para abonar al principal de la deuda del Sr Navedo y su esposa con el Banco Popular.
6) Los deudores han de resolver los problemas de la propiedad con el CRIM y el Registro de la propiedad para que la identidad y título de la propiedad este claro.
7) Los deudores podrán hacer abonos parciales a la deuda sin penalidad de clase alguna y a base de la disponibilidad y viabilidad de los fondos.

8) En la eventualidad de que la propiedad no se haya vendido en 2 años, el banco podrá hacer las gestiones de ejecución de hipoteca sobre la misma y hasta que se celebre la venta en pública subasta, durante este tiempo los deudores podrán vender a terceros la misma.

9) En la eventualidad que la propiedad sea subastada el Banco acreditara como mínimo la cantidad de $400,000.00 al balance de la deuda, siendo este motivo y momento de re-evaluar el balance de la deuda.

10) Si transcurrido un (1) año desde la confirmación del plan de capítulo 12 y la propiedad no se ha vendido, el banco podrá iniciar los trámites de ejecución de la colateral solo hasta el punto de obtener sentencia y la misma no se podrá llevar a subasta o venta judicial hasta un término de dos (2) años desde la confirmación del plan de pago del capítulo 12.

11) Luego de terminado el plan de pago del capítulo 12 los deudores se comprometen con el Banco en realizar los siguiente:

   a) Continuar con las reuniones anuales según acordadas bajo el plan de capítulo 12
   b) Continuar haciendo los pagos directos al Banco Popular a razón de la cantidad establecida en el plan de la quiebra.
   c) Los deudores tendrán un término de ocho (8) años para reducir, abonar o liquidar la deuda con el Banco. Los intereses sobre el balance pendiente de pago serán ajustados al interés existente en el mercado en ese momento más 1% con un tope máximo de un 6% y un mínimo de 3.25%.
   d) En el año 13 del plan de pago contando estos trece (13) años desde la radicación de la quiebra #11-00706 los deudores se han de reunir con el Banco para dialogar sobre negociaciones relacionadas con la liquidación del balance pendiente de pago.
   e) Las partes ajustaran el interés del préstamo para arriba o para abajo y según dicte el mercado anualmente siendo la fecha para este ajuste la fecha de las reuniones anuales.

f) Las partes acuerdan que el primer ajuste al interés del préstamo será en el segundo año del plan de pago luego de haber concluido con el plan de pago del capítulo 12.

Y para que así consten las partes acuerda, inician y firman el presente documento de repago entre ellos.

DEUDORES: Sr. Ramón Navedo _____

Sra. Tania Orono _____

Representante legal de los deudores
Lic Victor Gratacos _____

Representante del Banco Popular de Puerto Rico
Lic. Charles Gilmore _____

Representante del Banco Popular _____