CHECK NO. 357749

357749

RAMON NAUFRA RIVERA

$500.00
$6000.00
$8760.00
$11400.00
$6000.00

$500.00
$3000.00
$13000.00
$600.00

**SUIZA DAIRY** — CITIBANK — No. 357749

DATE: 07/22/11   CHECK NO. 357749

AMOUNT: $39,260.00

PAY: THIRTY NINE THOUSAND TWO HUNDRED SIXTY DOLLARS AND 00/100

TO THE ORDER OF: JOSE R. CARRION MORALES
CHAPTER 12 TRUSTEE CENTRO PADO
P.O. BOX 7154
SAN JUAN, PR 00936-8641

BANK NO. 488

SUIZA DAIRY CORP.
FARMERS DISBURSEMENT

NON NEGOTIABLE

**357945**

CHECK NO. 357945

RAMON NAVEDO RIVERA

$2850.00

**SUIZA DAIRY**

No. 357945

DATE: 09/03/13   CHECK NO. 357945

AMOUNT: ***2,850.00

PAY TWO THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND 00/100

TO THE ORDER OF: JOSE R. CARRION MORALES
CHAPTER 12 TRUSTEE CENTRO PROD
PO BOX 7161
SAN JUAN PR 00936-8641

SUIZA DAIRY CORP

⑈357945⑈