SUIZA DAIRY, CORP.
Sistema de Ganaderos
Periodos de cierre y Frecuencia de ceciones 2013

| PERIODO | DESDE | HASTA | A-ANTICIPO L-LIQUIDACION | CECIONES W-SEMANALES | B-BISEMANALES | M-MENSUALES |
|---|---|---|---|---|---|---|
| 1 |  | 26-Dec-12 | A | W |  |  |
| 1 | 20-Dec-12 | 2-Jan-13 | L | W | B |  |
| 2 |  | 9-Jan-13 | A | W |  |  |
| 2 | 3-Jan-13 | 16-Jan-13 | L | W | B | M |
| 3 |  | 23-Jan-13 | A | W |  |  |
| 3 | 17-Jan-13 | 30-Jan-13 | L | W | B |  |
| 4 |  | 6-Feb-13 | A | W |  |  |
| 4 | 31-Jan-13 | 13-Feb-13 | L | W | B | M |
| 5 |  | 20-Feb-13 | A | W |  |  |
| 5 | 14-Feb-13 | 27-Feb-13 | L | W | B |  |
| 6 |  | 6-Mar-13 | A | W |  |  |
| 6 | 28-Feb-13 | 13-Mar-13 | L | W | B | M |
| 7 |  | 20-Mar-13 | A | W |  |  |
| 7 | 14-Mar-13 | 27-Mar-13 | L | W | B |  |
| 8 |  | 3-Apr-13 | A | W |  |  |
| 8 | 28-Mar-13 | 10-Apr-13 | L | W | B | M |
| 9 |  | 17-Apr-13 | A | W |  |  |
| 9 | 11-Apr-13 | 24-Apr-13 | L | W | B |  |
| 10 |  | 1-May-13 | A | W |  |  |
| 10 | 25-Apr-13 | 8-May-13 | L | W | B | M |
| 11 |  | 15-May-13 | A | W |  |  |
| 11 | 9-May-13 | 22-May-13 | L | W | B |  |
| 12 |  | 29-May-13 | A | W |  |  |
| 12 | 23-May-13 | 5-Jun-13 | L | W | B | M |
| 13 |  | 12-Jun-13 | A | W |  |  |
| 13 | 6-Jun-13 | 19-Jun-13 | L | W | B |  |
| 14 |  | 26-Jun-13 | A | W |  |  |
| 14 | 20-Jun-13 | 3-Jul-13 | L | W | B | M |
| 15 |  | 10-Jul-13 | A | W |  |  |
| 15 | 4-Jul-13 | 17-Jul-13 | L | W | B |  |
| 16 |  | 24-Jul-13 | A | W |  |  |
| 16 | 18-Jul-13 | 31-Jul-13 | L | W | B | M |
| 17 |  | 7-Aug-13 | A | W |  |  |
| 17 | 1-Aug-13 | 14-Aug-13 | L | W | B |  |
| 18 |  | 21-Aug-13 | A | W |  |  |
| 18 | 15-Aug-13 | 28-Aug-13 | L | W | B | M |
| 19 |  | 4-Sep-13 | A | W |  |  |
| 19 | 29-Aug-13 | 11-Sep-13 | L | W | B |  |
| 20 |  | 18-Sep-13 | A | W |  |  |
| 20 | 12-Sep-13 | 25-Sep-13 | L | W | B | M |
| 21 |  | 2-Oct-13 | A | W |  |  |
| 21 | 26-Sep-13 | 9-Oct-13 | L | W | B |  |
| 22 |  | 16-Oct-13 | A | W |  |  |
| 22 | 10-Oct-13 | 23-Oct-13 | L | W | B | M |
| 23 |  | 30-Oct-13 | A | W |  |  |
| 23 | 24-Oct-13 | 6-Nov-13 | L | W | B |  |
| 24 |  | 13-Nov-13 | A | W |  |  |
| 24 | 7-Nov-13 | 20-Nov-13 | L | W | B | M |
| 25 |  | 27-Nov-13 | A | W |  |  |
| 25 | 21-Nov-13 | 4-Dec-13 | L | W | B |  |
| 26 |  | 11-Dec-13 | A | W |  |  |
| 26 | 5-Dec-13 | 18-Dec-13 | L | W | B | M |

13 payments