EXHIBIT C



**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO
PO Box 362708 San Juan, Puerto Rico 00936-2708
San Sebastian
079 20130927

Payee: JOSE R CARRION
11-00716 BKT

Remitter: RAMON E NAVEDO RIVERA

079 PR43092 0513 09/27/2013 14:32 BankChecksCHCK

OFFICIAL CHECK
CUSTOMER RECEIPT
AND AGREEMENT

Check No.
Date: 09/27/2013
Amount: $5,000.00
Fee: $8.00
Total: $5,008.00

**NOTICE TO CUSTOMERS:**
You usually cannot stop payment of the attached check after you send it to the payee. If it is lost, stolen, or destroyed, notify Source Bank immediately. You may be required to buy an indemnity or surety bond before a replacement or refund is issued.